**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1398**

KOGER MANAGEMENT GROUP, INCORPORATED,

Plaintiff - Appellant,

v.

CONTINENTAL CASUALTY COMPANY; THE CONTINENTAL INSURANCE
COMPANY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge.  (1:08-cv-00301-LMB-JFA)

Submitted: January 13, 2010      Decided: February 12, 2010

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert J. Zelnick, SZABO, ZELNICK & ERICKSON, P.C., Woodbridge,
Virginia; George H. Ragland, Jr., RAGLAND & SLUGG, PC, McLean,
Virginia, for Appellant.   Richard A. Simpson, Cara Tseng
Duffield, WILEY REIN LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Koger Management Group, Inc. appeals the district court's order granting judgment in favor of Continental Casualty Company and The Continental Insurance Company. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Koger Mgmt. Group, Inc. v. Cont'l Cas. Co., No. 1:08-cv-00301-LMB-JFA (E.D. Va. Mar. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED